No. 94–1475. PRI-HAR v. UNITED STATES, 514 U. S. 1052. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

JUNE 14, 1995

No. 94–9508 (A–918). FEARANCE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution in order to consider the petition for writ of certiorari in the ordinary course of proceedings. See *Clark* v. *Collins*, 502 U. S. 1052 (1992) (STEVENS, J., dissenting). 

JUNE 15, 1995

No. 94–8569 (A–940). GRIFFIN v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 514 U. S. 1119. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

JUNE 19, 1995

No. 93–676. CARPENTER v. UNITED STATES. C. A. Armed Forces. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ryder* v. *United States, ante*, p. 177. 